# UNITED STATES DISTRICT COURT

## __JUDICIAL__ District of __PUERTO RICO__

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **JUDGMENT IN A CRIMINAL CASE** |
| Vs. | (For **Revocation** of Probation or Supervised Release) |
| | (For Offenses Committed On or After November 1, 1987) |
| José Francisco Casiano | Case Number: 3:91-cr-314-01 (JP) |
| T/N: José Francisco Casiano-Arriaga | |
| **(Name of Defendant)** | __Teodoro Méndez__ |
| | Defendant's Attorney |

**THE DEFENDANT:**

[X] admitted guilt to violation of condition(s) __1 & 7__ Of the term of supervision

[ ] was found in violation of condition(s) _____ after denial of guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| #7 | Testing positive to the use of controlled substances And failed to engage in treatment | 04-02-96 and on Subsequent dates |
| #1 | Absconded from supervision | 05-28-96 |
| | Incurred in new criminal conduct | 12-04-96 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) _____ And is discharged as to such violation(s) condition.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: __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__

Defendant's Date of Birth: __02-07-55__

U. S. Marshal No.: __06685-069__

Defendant's Mailing Address:

__1306 34th Street, S.O. Caparra Terrace__
__Rio Piedras, Puerto Rico__

Defendant's Residence Address:

Same as above.

__February 25, 1999__
Date of Imposition of Sentence

_[signature]_
Signature of Judicial Officer

JAIME PIERAS, JR.  USDJ
Name & Title of Judicial Officer

Date  3/4/99

AO 245 S (Rev. 4/90) Sheet 1 - Judgment in a Criminal Case

Defendant: José Francisco Casiano-Arriaga  
Case Number: Cr. 91-314 (JP) (#01)

Judgment-Page 2 of 3

## IMPRISONMENT

The supervised release term imposed on January 23, 1992 is hereby revoked and the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of <u>Eighteen (18) months to be served consecutively with the terms imposed in the state sentence. Defendant is to serve the federal sentence first, then the state sentence.</u>

[ ]   The Court makes the following recommendations to the Bureau of Prisons:

[ ]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district,

    [ ]   at _____   a.m.  
                              p.m. on _____.

    [ ]   as notified by the Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons

    [ ]   before 2 p.m. on _____.

    [ ]   as notified by the United States Marshal.

    [ ]   as notified by the Probation Office.

## RETURN

I have executed this Judgment as follows:

_____

_____

_____

Defendant   delivered   on  _____ to _____ at _____, with a certified copy of this Judgment.

                                                                 United States Marshal

                                                                 By _____  
                                                                  Deputy Marshal

                                                                  AO 245 S (3/88) Sheet 2 - Imprisonment

Defendant: José Francisco Casiano-Arriaga  Judgment-Page _3_ of _3_
Case Number: Cr. 91-314 (JP)(#01)

## STATEMENT OF REASONS

[X]  The court adopts the factual findings and guideline application in the presentence report.

### OR

[ ]  The court adopts the factual findings and guideline application in the presentence report except (see attachment if necessary):


**Guideline Range Determined by the Court:**

Grade A violation
Criminal History Category: _I_
Imprisonment Range: _12_ to _18_ months
Supervised Release Range: up to _3_ years
Fine Range: $ _____ to $ _____

[ ]  Fine is waived or is below the guideline range, because of the defendant's inability to pay.

Total Amount of Restitution: $ _____

[ ]  Restitution is not ordered because the complication and prolongation of the sentencing process resulting from the fashioning of a restitution order outweigh the need to provide restitution to any victims, pursuant to 18 USC Section 3663(d).
[ ]  For offenses committed on or after September 13, 1994 but before April 23, 1996 that require the total amount of loss to be stated, pursuant to Chapters 109A, 110, 110A, and 113A of Title 18, restitution is not ordered because the economic circumstances of the defendant do not allow for the payment of any amount of a restitution order, and do not allow for the payment of any or some portion of a restitution order in the foreseeable future under any reasonable schedule of payments.
[ ]  Partial restitution is ordered for the following reason(s):



[X]  The sentence is within the guideline range, that range does not exceed 24 months, and the court finds no reason to depart from the sentence called for by application of the guidelines.

### OR

[ ]  The sentence is within the guideline range, that range exceeds 24 months, and the sentence is imposed for the following reason(s):

### OR

[ ]  The sentence departs from the guideline range:

  [ ]  upon motion of the government, as a result of defendant's substantial assistance.

  [ ]  for the following specific reason(s):